UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUFEN CHEN, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DUNKIN' BRANDS, INC. (a Delaware Corporation)  d/b/a Dunkin' Donuts,<br><br>　　　　　　Defendant. | No. 17-cv-03808-CBA-RER<br><br><br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and the Declaration of Kyle D. Gooch dated January 11, 2018 and the exhibits attached thereto, defendant Dunkin' Brands, Inc. will move this Court before the Honorable Carol Bagley Amon, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be designated by the Court, for an order dismissing plaintiffs' Second Amended Complaint pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule ordered by the Court on December 6, 2017, plaintiffs' opposition papers must be served by January 25, 2018 and defendant's reply papers must be served by February 1, 2018.

2

Dated:  January 11, 2018 	 Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: 	 */s/ Kyle D. Gooch*
Kyle D. Gooch
250 West 55th Street
New York, NY 10019-9710
T:  +1 212.836.8000
F:  +1 212.836.8689
kyle.gooch@apks.com

Sean Morris
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
T:  +1 213.243.4000
F:  +1 213.243.4199
sean.morris@apks.com

*Attorneys for Defendant
Dunkin' Brands, Inc.*