UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHUFEN CHEN, ELI EVANSON,
SHERRY L JOHNSON, DAVID A BUCHOLTZ,
and MICHELLE BEATTIE,

                        Plaintiff,                       JUDGMENT
                                                      17-CV-3808(CBA)(RER)

      -against-

DUNKIN' BRANDS, INC. (a Delaware Corporation),
d/b/a Dunkin' Donuts,

                        Defendants.
------------------------------------------------------------ X

        A Memorandum & Order of Honorable Carol B. Amon, United States District Judge,

having been filed on September 17, 2018, granting Defendant's motion to dismiss; it is

        ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and that this

case is closed.

Dated: Brooklyn, NY                                                                          Douglas C. Palmer
September 18, 2018                                                                Clerk of Court

                                                                                       By:    /s/*Jalitza Poveda*
                                                                                             Deputy Clerk